HONORABLE RONALD B. LEIGHTON



07-CV-05711-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALASKA AIRLINES, INC., an Alaska
corporation,

                  Plaintiff,

     v.

BRADLEY CAREY and "JANE DOE"
CAREY, husband and wife and the marital
community composed thereof, and CAREY
TRAVEL, INC., a Washington corporation

                  Defendant.

No.  C07-5711 RBL

**ORDER GRANTING PLAINTIFF
ALASKA AIRLINES' MOTION TO FILE
OVER-LENGTH MOTION TO DISMISS**

[~~PROPOSED~~]

THIS MATTER having come before the Court on Plaintiff Alaska Airlines' Motion to

File an Over-length Motion to Dismiss Defendants' Counterclaims pursuant to CR 7(d)(1)

and 7(f), and based upon a review of the record and the materials submitted, IT IS HEREBY

ORDERED:

    1.    Plaintiff's Motion is GRANTED.

    2.    Plaintiff may file a Motion to Dismiss Defendants' Counterclaims not

exceeding thirty-five (35) pages, Defendants may file a response not exceeding thirty-five

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO
FILE OVER-LENGTH MOTION TO DISMISS – Page 1
Case No. C07-5711 RBL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1   (35) pages, and Plaintiff may file a reply not exceeding one-half the total length of

2   Defendant's response.

3

4

5   Dated this ___15th___ day of ___April___, 2008.

6

7

8   _____
    HONORABLE RONALD B. LEIGHTON
9   U.S. DISTRICT COURT JUDGE

10  Presented by:

11

12  CORR CRONIN MICHELSON
    BAUMGARDNER & PREECE LLP

13

14

15  Kelly P. Corr, WSBA No. 00555
    Steven W. Fogg, WSBA No. 23528
16  Kevin J. Craig, WSBA No. 29932
    Attorneys for Plaintiff Alaska Airlines, Inc.

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO
FILE OVER-LENGTH MOTION TO DISMISS – Page 2
Case No. C07-5711 RBL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

101 00041 id144404