HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALASKA AIRLINES, INC.

      Plaintiff,

v.

BRADLEY CAREY and CELESTE CAREY; CAREY TRAVEL, INC., a Washington corporation,

      Defendants,
      Counterclaimants, and
      Third Party Plaintiffs,

v.

KYLE LEVINE; ANN ARKIZZONE; and POINTS INTERNATIONAL LTC.,

      Third Party Defendants.

Case No. C07-5711 RBL

ORDER GRANTING IN PART COUNTERCLAIMANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS

This matter comes before the Court on Counterclaimants' Motion For Extension of Time to Respond [Dkt. # 30] to Plaintiff's motion to dismiss counterclaims. Counterclaimants request the Court to reschedule the 12(b)(6) motion now noted for May 9 to June 27, 2008, with a response due June 23, 2008. The motion is GRANTED in part. An extension is warranted, but seven weeks is excessive.

//

/

ORDER
Page - 1

The motion to dismiss [Dkt. # 29] is RENOTED for June 13, 2008.  Counterclaimants will have until June 9, 2008, to file their response.

IT IS SO ORDERED.

Dated this 24th day of April, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE