HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALASKA AIRLINES, INC., an Alaska corporation,

Plaintiff,

v.

BRADLEY CAREY and CELESTE CAREY, husband and wife and the marital community composed thereof, and CAREY TRAVEL, INC., a Washington corporation

Defendants.

No. C07-5711 RBL

**ORDER GRANTING PLAINTIFF ALASKA AIRLINES' MOTION TO DISMISS DEFENDANTS' RENEWED CLASS ACTION COUNTERCLAIMS**

THIS MATTER having come before the Court on Plaintiff Alaska Airlines' Motion to Dismiss Defendants' Renewed Class Action Counterclaims pursuant to Fed. R. Civ. P. 12(b)(6), and based upon a review of the record and the materials submitted by each party, IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Dismiss Defendants' Renewed Class Action Counterclaims is GRANTED.

[PROPOSED] ORDER GRANTING PLAINTIFF ALASKA AIRLINES' MOTION TO DISMISS DEFENDANTS' RENEWED CLASS ACTION COUNTERCLAIMS – Page 1
Case No. C07-5711 RBL

**CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

2. Defendants' Renewed Class Action Counterclaims are hereby dismissed with prejudice.

Dated this 5th day of January, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

      /s/ Steven W. Fogg
Kelly P. Corr, WSBA No. 00555
Steven W. Fogg, WSBA No. 23528
Kevin J. Craig, WSBA No. 29932
Attorneys for Plaintiff Alaska Airlines, Inc.

[PROPOSED] ORDER GRANTING PLAINTIFF ALASKA AIRLINES' MOTION TO DISMISS DEFENDANTS' RENEWED CLASS ACTION COUNTERCLAIMS – Page 2
Case No. C07-5711 RBL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

101 00041 ij143805