07-CV-05711-ORD

FILED _____ LODGED
_____ RECEIVED

JAN - 5 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| ALASKA AIRLINES, INC., | No. C 07-5711 RBL |
| Plaintiff, | STIPULATION AND AGREED ORDER RE CERTAIN COUNTERCLAIMS AND THIRD PARTY CLAIMS |
| vs. |  |
| BRADLEY CAREY and CELESTE CAREY; CAREY TRAVEL, INC., a Washington corporation, |  |
| Defendants, Counterclaimants and Third Party Plaintiffs, |  |
| vs. |  |
| KYLE LEVINE; ANN ARDIZZONE; and POINTS INTERNATIONAL LTD., |  |
| Third Party Defendants. |  |

All parties hereto hereby stipulate as follows:

1.     Third Party Defendants Kyle Levine and Ann Ardizzone shall be dismissed from this action without prejudice to Third Party Plaintiffs' right to assert in any later appeal that this Court's July 11, 2008 Order erred in the dismissal of said individuals.    Further, the dismissal of said individuals shall be without prejudice to Third Party Plaintiffs' right to move this Court for Leave of Court pursuant to FRCP 15(a) to add them again as parties if discovery reveals additional facts upon which to base a claim against said individuals.    Plaintiff reserves the right to oppose any such motion.

RESPONSE TO POINTS' MOTION
TO DISMISS - 1

WARREN & DUGGAN, P.L.L.C.
401 SECOND AVENUE SO., SUITE 600
SEATTLE, WASHINGTON 98104
(206) 343-1888  (206) 343-2300 FAX

2.     Counterclaimants' Sixth, Seventh, Ninth and Tenth (6, 7, 9 and 10) counterclaims shall be dismissed on the basis that such claims were held by this Court in its July 11, 2008 Order as being preempted by the Federal Airline Deregulation Act, 49 U.S.C. §41713.   Said dismissal is without prejudice to Counterclaimants right to assert in any later appeal that the dismissal of said counterclaims was in err.

DATED this /7 day of September, 2008.

WARREN & DUGGAN, PLLC

By_____
Michael J. Warren, WSBA #14177
Attorneys for Counterclaimants and
Third Party Plaintiffs

DATED this /7 day of September, 2008.

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE

By_____
Steven W. Fogg, WSBA #23528
Attorneys for Plaintiffs and
Third Party Defendants

**ORDER**

BASED UPON THE FOREGOING STIPULATION, this Court Orders as follows:

1.     Third Party Defendants Kyle Levine and Ann Ardizzone are hereby dismissed from this action without prejudice to Third Party Plaintiffs' right to assert in any later appeal that this Court's July 11, 2008 Order erred in the dismissal of said individuals.   Further, the dismissal of said individuals shall be without prejudice to Third Party Plaintiffs' right to move this Court for Leave of Court pursuant to FRCP 15(a) to add them again as parties if discovery reveals additional facts upon

WARREN & DUGGAN, P.L.L.C.
401 SECOND AVENUE SO., SUITE 600
SEATTLE, WASHINGTON 98104
(206) 343-1888  (206) 343-2200 FAX

which to base a claim against said individuals.  Plaintiff shall have the right to oppose any such motion.

2.      Counterclaimants' Sixth, Seventh, Ninth and Tenth (6, 7, 9 and 10) counterclaims are hereby dismissed on the basis that such claims were held by this Court in its July 11, 2008 Order as being preempted by the Federal Airline Deregulation Act, 49 U.S.C. §41713.   Said dismissal is without prejudice to Counterclaimants right to assert in any later appeal that the dismissal of said counterclaims was in err.

**IT IS SO ORDERED.**

Dated this _5th_ day of ~~September, 2008.~~ January, 2009

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

WARREN & DUGGAN, PLLC

By_____
    Michael J. Warren (WSBA #14177)
    Attorney for Counterclaimants and
    Third Party Plaintiffs

Approved for Entry:

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE

By_____
    Steven W. Fogg, WSBA #23528
    Attorneys for Plaintiffs and
    Third Party Defendants

WARREN & DUGGAN, P.L.L.C.
401 SECOND AVENUE SO., SUITE 600
SEATTLE, WASHINGTON 98104
(206) 343-1888   (206) 343-2300 FAX