HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALASKA AIRLINES, INC.,

    Plaintiff,

v.

BRADLEY CAREY and CELESTE CAREY; CAREY TRAVEL, INC., a Washington corporation,

    Defendants, Counterclaimants and Third Party Plaintiffs,

v.

POINTS INTERNATIONAL LTD.,

    Third Party Defendant.

Case No. C07-5711RBL

ORDER DENYING MOTION FOR RECONSIDERATION

THIS MATTER comes before the Court on Defendants' Motion for Reconsideration [Dkt. #153] of the Court's prior Order [Dkt. #151] regarding Plaintiff's Motion to Compel [Dkt. #115]. The Court has reviewed the motion.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not Reconsider

ORDER
Page - 1

its prior ruling.

It is therefore ORDERED that Defendants' Motion for Reconsideration [Dkt. #153] is **DENIED**.

Dated this 26th day of August, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE