# United States District Court
### WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE
ON ATTORNEY FEES

ALASKA AIRLINES, INC.,

       Plaintiff,

v.                                       CASE NUMBER:   C07-5711RBL

BRADLEY CAREY and CELESTE CAREY,
and CAREY TRAVEL, INC., a Washington corporation,

       Defendants, Counterclaimants,
        and Third Party Plaintiffs,

v.

POINTS INTERNATIONAL LTD.,

       Third Party Defendant.

--------------------------------------------------------------------------------

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

Plaintiff's motion for attorneys' fees, costs, and litigation expenses [Dkt. #232] is GRANTED in part. The Court awards Plaintiff reasonable attorneys' fees of $122,273, and reasonable litigation expenses of $4545.

*DATED:*  4/7/2010

                                                    BRUCE RIFKIN
                                         *Clerk*

                                            /s/   Jean Boring
                                       *(By) Deputy Clerk*, Jean Boring