|   |   |
|---|---|
|   | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALASKA AIRLINES, INC., | |
| Plaintiff, | Case No. C07-5711RBL |
| v. | ORDER |
| BRADLEY CAREY and CELESTE CAREY, and CAREY TRAVEL, INC., a Washington corporation, | |
| Defendants, Counterclaimants, and Third Party Plaintiffs, | |
| v. | |
| POINTS INTERNATIONAL LTD., | |
| Third Party Defendant. | |

THIS MATTER comes before the Court on Defendants' Motion to Vacate Order of May 27, 2010 for Lack of Jurisdiction [Dkt. #293]. The Court has reviewed the materials filed for and against said motion and is fully informed in the premises. Further argument of counsel is unnecessary to resolve the issue presented in this motion.

ORDER
Page - 1

Defendants' motion is **DENIED**. The language that was removed from the injunction ordered by this Court on October 30, 2009 [Dkt. #225] was removed in an effort to maintain the status quo. The action was taken by the Court only after the Court became convinced that defendants had continued to use artifice and deceit as integral tools in their business plan and after counsel for defendants asserted that the Court's reference to Terms and Conditions of the Alaska Airlines Mileage Plan meant that those Terms and Conditions could never be altered to meet the legitimate business needs of Alaska Airlines.

The Court's Order of May 27, 2010 is intended to preserve the status quo pending appeal as provided by Fed. R. Civ. P. 62(c). *See McClatchy Newspapers v. Central Valley Typographical Union No. 46,* 686 F.2d 731, 734 (9th Cir. 1982).

Dated this 7th day of July, 2010.

/s/ Ronald B. Leighton

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE